52 A.3d 219

Joan LICHTMAN, Petitioner

v.

CHUBB GROUP OF INSURANCE COMPANIES, Matthew Carrafiello, Gary Glazer, Edward D. Chew, Barbara Deeley, Philadelphia Sheriff, Cynthia Bernstiel, Nelson Levine Deluca & Horst, LLC, E. Gerald Riesenbach, Rittenhouse Plaza, Inc., Edward Edelstein, William Lederer, Mary Duden, Stanton Oswald, Ruth Ferber, Sandra Foxx–Jones, Slavko Brkich, Jon Sirlin, Dana Plon, Peter Lesser, Susan Kupersmith, Adrienne Herndon, Sirlin Gallogly & Lesser, Walter Flamm, Alison Tulio, William Callahan, Flamm Walton, Scott Addis, The Addis Group, Pamela Dembe, Allan Tereshko, Idee C. Fox, William Manfredi, Vicki Goldberg, Joanne Davidow, Prudential Fox Roach, and Old Republic National Title Company, Respondents.

No. 109 EM 2012.

Supreme Court of Pennsylvania.

Aug. 30, 2012.

## ORDER

PER CURIAM.

AND NOW, this 30th day of August, 2012, the Petition for Review is DENIED. The Prothonotary is directed to strike the names of the jurists from the caption.